UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MARTIN ROETTGER,

        Petitioner,                      Case No. 1:11cv776

v.                                          Hon. Robert J. Jonker

KENNETH T. SAUKAS, et al.,

        Respondent.

**ORDER APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on March 1, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 1, 2012, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED**.


Dated:    March 22, 2012               /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE